# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 29, 2021

In re:
   Michael J. Basta Jr.
   Debtor*

Case Number: 19–31067
Chapter: 7

## NOTICE OF CONTESTED MATTER RESPONSE DATE

Barbara H. Katz (the "Movant") has filed a Chapter 7 Trustee's Final Report and Proposed Distribution and Application for Compensation, and Application(s) for Compensation of Professionals , (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than February 19, 2021 *, in accordance with Federal Rules of Bankruptcy Procedure 2002(a) and 9014. In the absence of a timely filed response, the proposed order in the Contested Matter **may** enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

Dated: January 29, 2021                                                                         BY:  Barbara H. Katz
                                                                                                                Trustee

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 148 –

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

In re:    Michael J. Basta Jr.    § Case No. 19-31067-AMN
§
§
Debtor(s)    §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATION FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 60,000.00 |
| *and approved disbursements of* | $ 20,189.00 |
| *leaving a balance on hand of* [1] | $ 39,811.00 |
| **Balance on hand:** | $ 39,811.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 39,811.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Barbara H. Katz | 6,250.00 | 0.00 | 6,250.00 |
| Trustee, Expenses - Barbara H. Katz, Trustee | 4.60 | 0.00 | 4.60 |
| Attorney for Trustee, Fees - Jeffrey Hellman | 20,000.00 | 20,000.00 | 0.00 |
| Attorney for Trustee, Expenses - Jeffrey Hellman, Esq. | 140.00 | 140.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 6,604.60 |
| Remaining balance: | $ 33,206.40 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 33,206.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 33,206.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $61,578.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.925 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 5,459.72 | 0.00 | 2,944.18 |
| 2 | Capital One Bank (USA), N.A. by American InfoSource as agent | 5,348.31 | 0.00 | 2,884.10 |
| 3 | Bank of America, N.A. | 3,351.20 | 0.00 | 1,807.15 |
| 4 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. c/o R | 12,903.41 | 0.00 | 6,958.23 |
| 5 | Citibank, N.A. | 21,423.08 | 0.00 | 11,552.50 |
| 6 | Citibank, N.A. | 7,500.50 | 0.00 | 4,044.68 |
| 7 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 5,592.09 | 0.00 | 3,015.56 |

**UST Form 101-7-NFR (10/1/2010)**

|  | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 33,206.40 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  | |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  | |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ Barbara H. Katz
Trustee

Barbara H. Katz
Trustee in Bankruptcy
57 Trumbull Street
New Haven, CT  06510-1004
(203) 772-4828
barbarakatz@snet.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**